■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v CHRISTOPHER BURRUS, Also Known as CHRISTOPHER BURROS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Farlo, J.), rendered December 8, 1988, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the

prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Contrary to the defendant's contention, the rebuttal testimony proffered by the People concerned an issue material to establishing the defendant's guilt, and was not merely introduced to contradict a defense witness on an issue that was collateral to the case. Therefore, the trial court did not improvidently exercise its discretion in admitting that testimony *(see, People v Harris,* 57 NY2d 335, 345, *cert denied* 460 US 1047; *People v Roccaforte,* 141 AD2d 775).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or are without merit. Mangano, P. J., Bracken, Brown and Balletta, JJ., concur.